UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WERONIKA E. K. JANCZUK,

                Plaintiff,

-against-

INNER CITY PRESS; MATTHEW LEE,

                Defendants.

24cv2385 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 21, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge